**Opinion issued February 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————

**NO. 01-13-00050-CV**

———————

**DOROTHY PRUITT-HARRIS, Appellant**

**V.**

**BRENDA B. MCCOWAN, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-06038**

---

**MEMORANDUM OPINION**

This is an attempted appeal from an interlocutory summary judgment order. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if authorized by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001).

On January 17, 2013, the Court notified the parties of its intent to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating this court's jurisdiction on or before January 28, 2013. *See* TEX. R. APP. P. 42.3(a). Appellant did not file a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.

2